# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Michael Owen Harriot, *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 3:18-cv-03164-JFA |
| DOJ *Jeff Sessions-Former U.S. Attorney General*; Irene Josey *Former U.S. Attorney*; Stacey D Haynes *AUSA*; Scarlett A. Wilson *Former AUSA*; Robert Waizenhoffer *FBI Special Agent*; Rodney Pritchard *FBI Special Agent*; Charles Klatz *FBI Special Agent*; FBI; Unknown INS Agents *Department of Homeland Security*; Unknown Sheriffs *Richland County Sheriff Department*, *Defendants*. | ) ) ) ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Michael Owen Harriot, shall take nothing of the defendants, DOJ *Jeff Sessions-Former U.S. Attorney General*, Irene Josey *Former U.S. Attorney*, Stacey D Haynes *AUSA*, Scarlett A. Wilson *Former AUSA*, Robert Waizenhoffer *FBI Special Agent*, Rodney Pritchard *FBI Special Agent*, Charles Klatz *FBI Special Agent*, FBI; Unknown INS Agents *Department of Homeland Security* and Unknown Sheriffs *Richland County Sheriff Department*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: September 12, 2019

*ROBIN L. BLUME, CLERK OF COURT*

*s/L. Baker*

*Signature of Clerk or Deputy Clerk*